PER CURIAM.
Affirmed on the authority of Tanner v. Hartog, 618 So.2d 177 (Fla.1993); Frankowitz v. Propst, 489 So.2d 51 (Fla. 4th DCA 1986), rev. denied, 492 So.2d 1334 (Fla.1986); Armus v. Kuttler, 578 So.2d 835 (Fla. 3d DCA 1991); Menendez v. Public Health Trust of Dade County, 566 So.2d 279 (Fla. 3d DCA 1990), approved, 584 So.2d 567 (Fla.1991).
STONE, STEVENSON, JJ., and OWEN, WILLIAM C., Jr., Senior Judge, concur.